IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PEREZ GONZALEZ-GASPAR, | ) | Case No. 4:26-cv-1479 |
| | ) | |
| Petitioner, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | AMANDA M. KNAPP |
| | ) | |
| TODD BLANCHE, | ) | |
| | ) | **ORDER** |
| Respondent. | ) | |
| | ) | |

*Pro se* Petitioner Perez Gonzalez-Gaspar has filed a Petition for a Writ of Habeas Corpus

Under 28 U.S.C. § 2241.  He did not pay the filing fee, however, and the application he has filed

to proceed *in forma pauperis* (Doc. No. 2) is deficient.  Petitioner filed a short form application

that is not the form used in this District.  Further, he failed to provide a response to *any* question

on the short form application he filed; thus, making no representation at all with respect to his

financial circumstances or inability to pay the filing fee.  The Court does not find Petitioner's

application sufficient to justify allowing him to proceed *in forma pauperis* in this case

Accordingly, if Petitioner wishes to proceed with this case, he is hereby ordered to pay

the $5 filing fee within 30 days of the date of this Order.[1]  Petitioner is expressly notified that

---

[1] If Petitioner sends a check, he should clearly indicate the above case number to ensure correct
processing.

failure to comply with this Order will result in dismissal of this action without further notice.

   **IT IS SO ORDERED**


Dated: July 17, 2026                              s/Amanda M. Knapp
                                                  Amanda M. Knapp
                                                  United States Magistrate Judge