IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GASPAR PEREZ-GONZALEZ | ) | Case No. 4:26-cv-1479 |
| | ) | |
| Petitioner, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | AMANDA M. KNAPP |
| | ) | |
| ATTORNEY GENERAL, | ) | |
| | ) | **ORDER** |
| Respondent. | ) | |
| | ) | |

Petitioner's application to proceed *in forma pauperis* (Doc. No. 5) is granted.

**IT IS SO ORDERED**


Dated: 8/10/2026                                    s/Amanda M. Knapp
                                                            Amanda M. Knapp
                                                            United States Magistrate Judge